STANLEY *v.* HILL.

FISH, C. J. The court did not err in the admission or in the rejection of evidence. There was evidence to authorize the verdict, and the court did not err in refusing a new trial.

*Judgment affirmed. All the Justices concur.*

No. 1068. MAY 14, 1919.

Equitable petition. Before Judge Cobb. Gwinnett superior court. June 11, 1918.

*Kelley & Kelley, R. P. Jackson,* and *P. Cooley,* for plaintiff.

*O. A. Nix* and *I. L. Oakes,* for defendant.